# CORPORATE DISCLOSURE STATEMENT

## 17-1831

Pursuant to Federal Rule of Appellate Procedure 26.1, Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (and other debtor(s) (if any) for which it acts as the official committee of unsecured creditors) (the "Committee") states that it is an official creditors' committee organized under and pursuant to section 301 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, incorporating section 1102(a) of title 11 of the United States Code, for which no corporate disclosure statement is required because the Committee is not a nongovernmental corporate party and has no shareholders.